(No. 6471 ▉▉▉▉▉▉▉▉▉▉▉▉)

MERCK, SHARP AND DOHME, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 3, 1973.*

MERCK, SHARP AND DOHME, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

PER CURIAM.

(No. 6664 ▉▉▉▉▉▉▉▉▉▉▉▉)

JOHN E. REID AND ASSOCIATES, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed May 3, 1973.*

JOHN E. REID AND ASSOCIATES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

PER CURIAM.